UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENASHII LLC,

Plaintiff,

-v-

HUIZHOU WOKEER ELECTRONIC TECHNOLOGY CO., LTD, and WOKAAR ELECTRONICS TECHNOLOGY CO., LTD,

Defendants.

26 Civ. 2940 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

The Complaint in this action was filed on April 9, 2026. Dkt. 1. An Amended Complaint was filed on August 12,2026. Dkt. 13. Pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). "The filing of an amended complaint does not restart the 90 day period for service under Rule 4(m) with respect to defendants named in the original complaint." *Hernandez v. Lira of New York Inc.*, No. 20 Civ. 4457 (RA), 2023 WL 2647639, at *3 (S.D.N.Y. Mar. 27, 2023). Defendants have not appeared in this action, and the docket does not reflect whether Defendants have been served. Nor has Plaintiff requested an extension of time to serve Defendants.

Accordingly, Plaintiff is ordered to file a status letter by November 17, 2026, describing (1) whether service of the summons and Complaint has been made on Defendants, and if not, (2) why good cause exists to excuse Plaintiff's failure to serve Defendants within the 90-day deadline set by Rule 4(m). *See* Fed. R. Civ. P. 4(m) ("[I]f the plaintiff shows good cause for the failure, the

court must extend the time for service for an appropriate period."). The Court reminds Plaintiff that "[t]o establish good cause a plaintiff must demonstrate that despite diligent attempts, service could not be made due to exceptional circumstances beyond his or her control." *Deptula v. Rosen*, 558 F. Supp. 3d 73, 75 (S.D.N.Y. 2021) (internal quotation marks omitted).

Plaintiff must file this letter even if service of the Summons and Complaint is or has already been made on Defendants. If Defendants have been served, Plaintiff must also file proof of service on the docket no later than November 17, 2026. If no such letter is filed, the Court may dismiss the case for failure to prosecute.

SO ORDERED.

Dated: November 12, 2026
New York, New York

JOHN P. CRONAN
United States District Judge